

51 DCR 5278                                                                                                          Page 1
51 D.C.Reg. 5278

DISTRICT OF COLUMBIA REGISTER
Volume 51, No. 21
May 21, 2004
Actions of the Executive Branch and Independent Agencies
Notices, Opinions, and Orders
Mayor's Orders

2004-76, Autopsies of Deceased Clients of the Mental Retardation and
Developmental Disability Administration

GOVERNMENT OF THE DISTRICT OF COLUMBIA

ADMINISTRATIVE ISSUANCE SYSTEM

Mayor's Order 2004-76

May 13, 2004

SUBJECT: Autopsies of Deceased Clients of the Mental Retardation And Developmental Disability Administration

ORIGINATING AGENCY: Office of the Mayor

By virtue of the authority vested in me as Mayor of the District of Columbia pursuant to section 422(2) of the District of Columbia Home Rule Act of 1973, as amended, approved December 24, 1973, Pub. L. No. 93-198, 87 Stat. 790, D.C. Official Code ß 1-204.22 (2001 ed.), it is hereby ORDERED:

1. The Office of the Chief Medical Examiner (the "OCME"), in the exercise of its statutory authority under the Establishment of the Chief Medical Examiner Act of 2000, effective October 19, 2000 ( D.C. Law 13-172; D.C. Official Code ß 5-1401 et seq.) (2001), and subject to the legal restrictions and obligations imposed thereby, shall conduct autopsies upon the human remains of persons with mental retardation and developmental disabilities who receive services and support from the Mental Retardation and Developmental Disability Administration.

2. The OCME shall perform the autopsies required by paragraph 1 of this Order within 48 hours of receipt of the remains or as soon thereafter as practicable, assigning a priority to such autopsies consistent with the OCME's priorities established with respect to law-enforcement and public-health policies and procedures.

3. The OCME shall promptly forward the reports of autopsies conducted in accordance with paragraph 1 of this Order to the D.C. Mental Retardation and Developmental Disabilities Administration Fatality Review Committee established by Mayor's Order 2001-27 (Feb. 14, 2001).

4. EFFECTIVE DATE: This Order shall be effective nunc pro tunc to May 7, 2004.

ANTHONY A. WILLIAMS

MAYOR

ATTEST:
SHERRYL HOBBS NEWMAN
SECRETARY OF THE DISTRICT OF COLUMBIA

51 DCR 5278

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.