Gritz, Cynthia @ 0435  8/24/06

SOURCE4 • TO REORDER CALL (804) 794-5923

# COMMONWEALTH OF VIRGINIA — CERTIFICATE OF DEATH
## DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**COPY A** — FOR DIVISION OF VITAL RECORDS

**DECEDENT**
- 1. FULL NAME OF DECEDENT: CYNTHIA B. GRITZ
- 2. SEX: female (X)
- 3. DATE OF DEATH: AUGUST 24, 2006
- 4. AGE: 53 years
- 9. DATE OF BIRTH: APRIL 13, 1953
- 8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: no

**PLACE OF DEATH**
- 7. NAME OF HOSPITAL OR INSTITUTION OF DEATH: CAPITAL HOSPICE (Inpatient)
- 9. CITY OR TOWN OF DEATH: ARLINGTON (inside city limits: yes)
- 10. STREET ADDRESS OR RT. NO. OF PLACE OF DEATH: 601 CARLIN SPRINGS ROAD

**USUAL RESIDENCE OF DECEDENT**
- 13. CITY OR TOWN OF RESIDENCE: WASHINGTON, DC (inside city limits: yes)
- 14. STREET ADDRESS OR RT. NO. OF RESIDENCE: 617 DALIHA STREET
- ZIP CODE: 20011

**PERSONAL DATA OF DECEDENT**
- 15. NAME OF DECEDENT'S FATHER: ABRAHAM GRITZ
- 16. MAIDEN NAME OF DECEDENT'S MOTHER: LILLY HEIN
- 17. RACE OF DECEDENT: WHITE
- 18. OF HISPANIC ORIGIN?: no
- 19. EDUCATION: Elementary/Secondary 0
- 20. CITIZEN OF WHAT COUNTRY: U.S.A.
- 21. BIRTHPLACE: WASHINGTON, DC
- 22. NEVER MARRIED: X
- 24. SOCIAL SECURITY NUMBER: 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
- 25. USUAL OR LAST OCCUPATION: NONE
- 26. KIND OF BUSINESS OR INDUSTRY: NONE
- 27. INFORMANT — OR SOURCE OF INFORMATION - RELATIONSHIP: SIDNEY GRITZ - BROTHER

**CAUSE OF DEATH**
- 28. PART I. IMMEDIATE CAUSE (A): Colon Cancer

To the best of my knowledge, death occurred at 4:35 (a.m.)

ACTUAL SIGNATURE: B. Weinberg
NAME OF ATTENDING PHYSICIAN: B. Weinberg
DATE SIGNED: 8/24/06
ADDRESS OF ATTENDING PHYSICIAN: 475 N 15th St Arlington VA 22205

**FUNERAL DIRECTOR**
- 29. BURIAL (X)
- 30. PLACE OF BURIAL: MT. LEBANON CEMETERY, ADELPHI, MD
- 31. Signature of funeral service licensee: Amanda Ludewig
- NAME OF FUNERAL HOME AND ADDRESS: HINES-RINALDI FUNERAL HOME, INC., 11800 NEW HAMPSHIRE AVE., SILVER SPRING, M

**REGISTRAR**
- DATE RECORD FILED: 20904

VS 2 7/04