UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIDNEY GRITZ

             Plaintiff,

v.                                 No. 06-cv-_____

THE DISTRICT OF COLUMBIA

             Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that the plaintiff's

- —Application for a Temporary Restraining Order,
- —Proposed Temporary Restraining Order,
- —Motion for a Preliminary Injunction,
- —Proposed Preliminary Injunction,
- —Mortion for a Permanent Injunction,
- —Proposed Permanent Injunction, and
- —Memorandum of Points and Authorities in Support of Plaintiff's Application for a Temporary Restraining Order and Plaintiff's Motions for Preliminary and Permanent Injunctions

were served upon the defendant's counsel, Robert Utiger, Esq., Senior Counsel to the Deputy Attorney General for Civil Litigation, by e-mail at < robert.utiger@dc.gov > at approximately 10:30 a.m. on August 25, 2005, and by hand-delivery on August 25, 2006, at 441 4th Street, N.W., 6th floor south, Washington, DC 20001.

                                     */s/ Arthur B. Spitzer*

                                     Arthur B. Spitzer
                                        D.C. Bar No. 235960
                                   American Civil Liberties Union
                                      of the National Capital Area
                                   1400  20th Street, N.W., Suite 119
                                   Washington, D.C. 20036
                                   (202) 457-0800