UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIDNEY GRITZ

            Plaintiff,

    v.                                 No. 06-cv-_____

THE DISTRICT OF COLUMBIA

            Defendant.

**TEMPORARY RESTRAINING ORDER**

     Upon consideration of plaintiff's application for a temporary restraining order prohibiting defendant District of Columbia from conducting an autopsy of the remains of Ms. Cynthia Gritz, and directing defendant District of Columbia to return the remains of Ms. Gritz forthwith to the Hines-Rinaldi Funeral Home in Silver Spring, Maryland, of the Verified Complaint and the Memorandum of Law filed in support thereof and of any opposition thereto, of the arguments of counsel, and of the entire record in this action;

     It appearing to the Court that the plaintiff is likely to succeed on the merits of his action, that he will suffer irreparable injury if the requested relief is not issued, that the defendants will not be harmed if if the requested relief is issued, and that the public interest favors the entry of such an order, it is, therefore,

     ORDERED that plaintiff's application for a temporary restraining order is hereby GRANTED; and it is further

     ORDERED, that the defendant District of Columbia, and its officials, agents and employees, are hereby PROHIBITED, pending further order of this Court, from conducting an autopsy of the remains of Ms. Cynthia Gritz; and it is further

ORDERED, that the defendant District of Columbia shall forthwith return the remains of Ms. Cynthia Gritz to the Hines-Rinaldi Funeral Home at 11800 New Hampshire Avenue, Silver Spring, Maryland; and it is further

ORDERED, in accordance with Fed. R. Civ. P. 65(c), that this injunction shall be effective upon plaintiff's giving of security in the amount of $10 by depositing that amount with the Clerk of Court; and it is further

ORDERED, in accordance with Fed. R. Civ. P. 65(b), that this temporary restraining order shall expire ten days after its entry upon the docket, unless extended for good cause shown.

Date: August 25, 2006

Time:_____

_____
Judge, United States District Court

Copies of this Order are to be served upon:

      Arthur B. Spitzer
      American Civil Liberties Union
      1400  20th Street, N.W., Suite 119
      Washington, D.C. 20036

          and

      Robert Utiger, Esq.
      Senior Counsel to the Deputy
        Attorney General for Civil Litigation
      441 4th Street, N.W.
      Washington, D.C. 20001