UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SIDNEY GRITZ

                    Plaintiff,

        v.                                          No. 06-cv-_____

THE DISTRICT OF COLUMBIA

                    Defendant.

---

## MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(a), plaintiff Sidney Gritz hereby moves for the entry of a preliminary injunction prohibiting the defendant District of Columbia from conducting an autopsy of the remains of Ms. Cynthia Gritz, and directing the defendant District of Columbia to return the remains of Ms. Gritz forthwith to the Hines-Rinaldi Funeral Home, 11800 New Hampshire Avenue, Silver Spring, Maryland.

The grounds for this motion are that the defendant's action in ordering the remains of Ms. Gritz to be transferred to the D.C. Medical Examiner's office, and the defendant's imminent intention to perform an autopsy upon her body, violate plaintiff's rights under the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb-1; that plaintiff will suffer irreparable injury if the requested relief is not issued; that the defendant will not be injured if the requested relief issues; and that the public interest favors the issuance of the requested relief.

In support of this motion, plaintiff respectfully refers the Court to the facts set out in the Verified Complaint and to the memorandum of points and authorities filed herewith.

A proposed order is attached.

Respectfully submitted,

*/s/ Arthur B. Spitzer*

_____

Arthur B. Spitzer
    D.C. Bar No. 235960
American Civil Liberties Union
    of the National Capital Area
1400  20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

August 25, 2006