UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIDNEY GRITZ

            Plaintiff,

v.                          No. 06-cv-_____

THE DISTRICT OF COLUMBIA

            Defendant.

**PRELIMINARY INJUNCTION**

Upon consideration of plaintiff's motion for a preliminary injunction prohibiting defendant District of Columbia from conducting an autopsy of the remains of Ms. Cynthia Gritz, and directing defendant District of Columbia to return the remains of Ms. Gritz forthwith to the Hines-Rinaldi Funeral Home in Silver Spring, Maryland, of the Verified Complaint and the Memorandum of Law filed in support thereof and of any opposition thereto, of the arguments of counsel, and of the entire record in this action;

It appearing to the Court that the plaintiff is likely to succeed on the merits of his action, that he will suffer irreparable injury if the requested relief is not issued, that the defendants will not be harmed if if the requested relief is issued, and that the public interest favors the entry of such an order, it is, therefore,

ORDERED that plaintiff's motion for a preliminary injunction is hereby GRANTED; and it is further

ORDERED, that the defendant District of Columbia, and its officials, agents and employees, are hereby PROHIBITED, pending further order of this Court, from conducting an autopsy of the remains of Ms. Cynthia Gritz; and it is further

ORDERED, that the defendant District of Columbia shall forthwith return the remains of Ms. Cynthia Gritz to the Hines-Rinaldi Funeral Home at 11800 New Hampshire Avenue, Silver Spring, Maryland; and it is further

ORDERED, in accordance with Fed. R. Civ. P. 65(c), that this injunction shall be effective upon plaintiff's giving of security in the amount of $10 by depositing that amount with the Clerk of Court.

Date: _____

_____
Judge, United States District Court

Copies of this Order are to be served upon:

Arthur B. Spitzer
American Civil Liberties Union
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036

and

Robert Utiger, Esq.
Senior Counsel to the Deputy
   Attorney General for Civil Litigation
441 4th Street, N.W.
Washington, D.C. 20001