UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIDNEY GRITZ
11616 Gilsan Street
Silver Spring, MD 20902

        Plaintiff,

v.                                                                          No. 06-cv-_____

THE DISTRICT OF COLUMBIA
c/o the Attorney General, D.C.
441 4th Street, N.W.
Washington, D.C. 20001

        Defendant.

**CERTIFICATE OF COUNSEL
REQUIRED BY LOCAL CIVIL RULE 65.1(a)**

Pursuant to Local Civil Rule 65.1(a), the undersigned counsel for plaintiff hereby certifies:

(1) Copies of all pleadings and papers filed in this action to date, or to be presented to the Court at the hearing on the application for a Temporary Restraining Order, have been sent by e-mail to counsel for the defendant, Robert Utiger, Senior Counsel to the Deputy Attorney General for Civil Litigation, whom I alerted about this matter yesterday afternoon.

(2) I have notified Mr. Utiger that plaintiff will ask for a hearing at the Court's earliest convenience today (August 25). The time for that hearing has not yet been set by the Court; I will notify him as soon as it is set. Mr. Utiger anticipates that he will be available to appear at the Court's convenience.

Respectfully submitted,

_____
Arthur B. Spitzer
  D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400  20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Certificate of Counsel Required by Local Civil Rule 65.1(a) was sent by e-mail to Robert Utiger, Esq., Senior Counsel to the Deputy Attorney General for Civil Litigation, at < robert.utiger@dc.gov >, this 25th day of May, 2006.  It will also be served by hand delivery in court at the time of the TRO hearing.

_____
Arthur B. Spitzer