UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIDNEY GRITZ

              Plaintiff,

v.                                No. 06-cv-\_\_\_\_\_

THE DISTRICT OF COLUMBIA

              Defendant.

**PERMANENT INJUNCTION**

Upon consideration of plaintiff's motion for a permanent injunction prohibiting defendant District of Columbia from conducting an autopsy of the remains of Ms. Cynthia Gritz, and directing defendant District of Columbia to return the remains of Ms. Gritz forthwith to the Hines-Rinaldi Funeral Home in Silver Spring, Maryland, of the Verified Complaint and the Memorandum of Law filed in support thereof and of any opposition thereto, of the arguments of counsel, and of the entire record in this action;

It appearing to the Court that the plaintiff has succeeded on the merits of his action, that he will suffer irreparable injury if the requested relief is not issued, that the defendants will not be harmed if if the requested relief is issued, and that the public interest favors the entry of such an order, it is, therefore,

ORDERED that plaintiff's motion for a permanent injunction is hereby GRANTED; and it is further

ORDERED, that the defendant District of Columbia, and its officials, agents and employees, are hereby PROHIBITED from conducting an autopsy of the remains of Ms. Cynthia Gritz; and it is further

- 2 -

     ORDERED, that the defendant District of Columbia shall forthwith return the remains of Ms. Cynthia Gritz to the Hines-Rinaldi Funeral Home at 11800 New Hampshire Avenue, Silver Spring, Maryland; and it is further

     ORDERED that this injunction shall be effective when filed.

Date: _____

                                                      _____
                                                      Judge, United States District Court

Copies of this Order are to be served upon:

    Arthur B. Spitzer
    American Civil Liberties Union
    1400  20th Street, N.W., Suite 119
    Washington, D.C. 20036

        and

    Robert Utiger, Esq.
    Senior Counsel to the Deputy
      Attorney General for Civil Litigation
    441 4th Street, N.W.
    Washington, D.C. 20001