UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SIDNEY GRITZ,**

Plaintiff,

v.

**DISTRICT OF COLUMBIA,**

Defendant.

Civil Action No. 06-1499 (JDB)

### ORDER

Upon consideration of the entire record herein, the agreement of the District of Columbia at the hearing held with the Court on this date that plaintiff will suffer irreparable harm absent issuance of a temporary restraining order, and the Court's conclusion that the standard for such relief has been satisfied, it is this twenty-fifth day of August, 2006, hereby

**ORDERED** that plaintiff's motion for a temporary restraining order is **GRANTED**; it is further

**ORDERED** that defendant shall return the remains of Ms. Cynthia Gritz **FORTHWITH** to the Hines-Rinaldi Funeral Home located at 11800 New Hampshire Avenue, Silver Spring, Maryland 20904; and it is further

**ORDERED** that the parties shall appear for a Status Conference on September 12, 2006 at 9:30 a.m.

**SO ORDERED.**

/s/   John D. Bates
JOHN D. BATES
United States District Judge

*Copies to*:

Arthur B. Spitzer
American Civil Liberties Union
1400 20th Street, N.W., Ste. 119
Washington, D.C. 20036
    *Counsel for plaintiff*

Robert Utiger
Senior Counsel to the Deputy Attorney General for Civil Litigation
441 4th St., N.W.
Washington, D.C. 20001
    *Counsel for defendant*