UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIDNEY GRITZ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA )<br>)<br>)<br>Defendant )<br>_____ ) | Civil Action No. 06-1499 (JDB) |

**CONSENT MOTION TO ENLARGE THE TIME WITHIN WHICH
DEFENDANT MAY OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION**

NOW COME defendant, by and through counsel the Office of the Attorney General of the District of Columbia and requests that the Court enlarge the time within which defendant may file an opposition to plaintiff's motion for preliminary injunction to a time, if any, set at the status conference in this matter scheduled for September 12, 2006.  The reasons for this request are set forth below and in the memorandum in support of this motion, which is incorporated herein by reference.  On August 25, 2006 this Court granted temporary injunctive relief to allow plaintiff's sister to be buried without autopsy. Ms Gritz was buried on August 27, 2006 and the relief requested in the preliminary injunction would be superfluous.  Further, a status conference is scheduled in this case for September 12, 2006 where the need for further proceedings in this case will be discussed.

Counsel for plaintiff graciously consents to the relief requested.

WHEREFORE, defendants request that the time with in which they may oppose plaintiff's request for preliminary injunction be enlarged to a time, if any, to be set at the September 12, 2005 status conference in this matter.

POINTS AND AUTHORITIES

1. The inherent power of the Court.

2. Fed.R.Civ.P. 6(b)(1)

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General of the District of Columbia
>
>GEORGE C. VALANTINE
>Deputy Attorney General
>For Civil Litigation
>
>/s/ Robert C. Utiger
>ROBERT C. UTIGER [437130]
>Senior Counsel to the Deputy
>For Civil Litigation
>P.O. Box 14600
>Washington, D.C. 20001
>(202) 724-6532