UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIDNEY GRITZ

               Plaintiff,

v.

THE DISTRICT OF COLUMBIA

               Defendant.

No. 06-cv-1499 (JDB)

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk will please dismiss this action with prejudice by agreement of all parties who have appeared in this action.

    */s/ Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th St., N.W., Suite 119
Washington, DC 20036
(202) 457-0800

Counsel for Plaintiff

Linda Singer
Attorney General of the District of Columbia
George C. Valentine
Deputy Attorney General For Civil Litigation

    */s/ Robert C. Utiger*
Robert C. Utiger (D.C. Bar No. 437130)
Senior Counsel to the Deputy
  for Civil Litigation
441 Fourth St., N.W., Suite 600-S
Washington, DC 20001
(202)- 724-6532

Counsel for Defendant

Filed: January 12, 2007